UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR51 / RLV |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL** |
| LESLIE TYLER FRAZIER | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Information in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: January 21, 2010

Richard L. Voorhees
United States District Judge